ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CHRISTINA M. VEJAR
Assistant U.S. Attorney
Arizona State Bar No.: 024795
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christina.vejar@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2017 JUN 28 P 5: 30

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

rm(LCK)

CR17-1030 TUC

United States of America,

        Plaintiff,

v.

1. Daniel Morales Cordova, Jr.
   Counts 1, 4, and 6;

2. Roberto Rey Cordova
   Counts 1 - 6

3. Steven Ross Tobin
   Counts 1, 4, and 6;

4. Ramon Jesus Osuna-Robles
   Counts 1, 4, and 6;

        Defendants.

INDICTMENT

Violations:

21 U.S.C. §846
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
Count 1

21 U.S.C. §§841(a)(1) and §841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Counts 2-4

18 U.S.C. § 924(c)(1)(A)(i)
(Possession of a Firearm during a Drug Crime)
Count 5

18 U.S.C. §1956(h)
(Conspiracy to Commit Laundering of Monetary Instruments)
Count 6

21 U.S.C. §853; 18 U.S.C. §981(a)(1)(C);18 U.S.C. §924(d); 28 U.S.C. §2461(c)
(Forfeiture)

THE GRAND JURY CHARGES:

### COUNT 1

From a date unknown to on or about March 7, 2017, in the District of Arizona and elsewhere, Daniel Morales Cordova, Jr., Roberto Rey Cordova, Steven Ross Tobin, and Ramon Jesus Osuna-Robles, named herein as defendants and co-conspirators, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other, and persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about May 5, 2016, at or near Tucson, in the District of Arizona, Roberto Rey Cordova did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine, that is, approximately 0.45 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 3

On or about July 7, 2016, at or near Tucson, in the District of Arizona, Roberto Rey Cordova did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine, that is, approximately 0.45 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 4

On or about December 3, 2016, at or near Kingman, in the District of Arizona, Daniel Morales Cordova, Jr., Roberto Rey Cordova, Steven Ross Tobin, and Ramon Jesus

Osuna-Robles did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine, that is, approximately 9.5 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 5

On or about December 3, 2016, at or near Kingman, in the District of Arizona, Roberto Rey Cordova, did knowingly carry, possess, and use firearms, that is, a 9mm Berretta 92F handgun, bearing serial number BER297949 during and in relation to, and in furtherance of a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is possession with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine, that is, approximately 9.5 kilograms of methamphetamine, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 6

From a date unknown to on or about March 7, 2017, in the District of Arizona and elsewhere, Daniel Morales Cordova, Jr., Roberto Rey Cordova, Steven Ross Tobin, and Ramon Jesus Osuna-Robles, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other, and persons known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, namely, violations of 21 U.S.C. §§ 841 (a)(1) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) and (a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

**FORFEITURE ALLEGATION**

Upon conviction of Counts One through Four of the Indictment, the defendants, Daniel Morales Cordova, Jr., Roberto Rey Cordova, Steven Ross Tobin, and Ramon Jesus Osuna-Robles, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

Upon conviction of Count Five of the Indictment, the defendant, Roberto Ray Cordova, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a 9mm Berretta 92F handgun bearing serial number BER297949.

Upon conviction of Court Six of the Indictment, the defendants, Daniel Morales Cordova, Jr., Roberto Rey Cordova, Steven Ross Tobin, Ramon Jesus Osuna-Robles, shall forfeit to the United States, pursuant to 18, United States Code, Section 982(a)(1), and property, real or personal, involved in an offense of Title 18, United States Code, Section 1956(h), or any property traceable to such property, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses of Title 18, United States Code, Section 1956(h).

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

1  defendant up to the value of the above forfeitable property, including, but not limited to,
2  all property, both real and personal, owned by the defendants.
3      All in violation of Title 18, United States Code, Sections 853, 924(d), 981 (a)(1)(C),
4  and 982(a)(1); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal
5  Rules of Criminal Procedure.

A TRUE BILL

/ S /
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/ S /

Christina M. Vejar
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**

Dated: June 28, 2017